IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02243-RMR-MEH

CHILE COLONIAL, LLC,

      Plaintiff,

v.

MOMO ORCHARD, LLC, and
MOMO ORCHARD HOLDING, INC.,

      Defendants.

## NOTICE OF SETTLEMENT AND FORTHCOMING DISMISSAL

      Per the Court's Minute Order (Dkt. 27) granting the parties' Joint Motion for Extension of Case Schedule (Dkt. 26), Defendants' response to the Complaint is due Monday, March 20, 2023.  Defendants hereby notify the Court that the parties have executed a settlement agreement that resolves the dispute, and further have completed all tasks set forth therein.  As such, Plaintiff will be filing in short order a notice of dismissal pursuant to Fed. R. Civ. P. 41.

Dated: March 17, 2023

      Respectfully submitted,

      *s/ Kevin M. Bell*
      Kevin M. Bell
      KILPATRICK TOWNSEND & STOCKTON, LLP
      1400 Wewatta Street, Suite 600
      Denver, CO 80202
      (303) 571-4000
      kbell@kilpatricktownsend.com

      *Attorneys for Defendants*
      *Momo Orchard, LLC and Momo Orchard Holdings, Inc.*

2

CERTIFICATE OF SERVICE

The foregoing was filed electronically, this 17th day of March, 2023. Notice of this filing will be sent to all attorneys of record in this case, by operation of the Court's Electronic Filing System.

s/ <i>Pamela A. Freitik</i><br>
Pamela A. Freitik