IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02243-RMR-MEH

CHILE COLONIAL, LLC

      Plaintiff,

v.

MOMO ORCHARD, LLC, and
MOMO ORCHARD HOLDINGS, INC.,

      Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Chile Colonial, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby respectfully moves for the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,
By:*s/ Ryan C. Chubb*
Ryan C. Chubb
John L. Skari, Jr.
Stewart D. Cables
Hassan + Cables, LLC
1035 Pearl Street, Suite 200
Boulder, Colorado 80302
Telephone: 303-625-1025
Facsimile: 303-957-1971
Email: john@hassancables.com
      stewart@hassancables.com
      ryan@hassancables.com
*Attorneys for Plaintiff Chile Colonial, LLC*

CERTIFICATE OF SERVICE

The foregoing was filed electronically, this 20th day of March, 2023. Notice of this filing will be sent to all attorneys of record in this case, by operation of the Court's Electronic Filing System.

s/Ryan C. Chubb
Ryan C. Chubb