UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:22-cv-02243-RMR-MEH

CHILE COLONIAL, LLC

    Plaintiff,

v.

MOMO ORCHARD, LLC, and
MOMO ORCHARD HOLDINGS, INC.,

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on Plaintiff's NOTICE OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

ENTERED this 20th day of March, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge